424 A.2d 508

W. Michael WILKE and Dortha M. Wilke, Appellants,

v.

Paul J. BERGER and Perma M. Berger, trading as the Berger Company and Berger Ready Mix Concrete.

Edward J. KOCHIE, Appellant,

v.

Paul J. BERGER and Perma M. Berger, trading as the Berger Company and Berger Ready Mix Concrete.

Supreme Court of Pennsylvania.

Argued Oct. 16, 1980.

Decided Feb. 5, 1981.

Reargument Denied March 16, 1981.

Anthony Roberti, for appellants.

Roger N. Nanovic, for appellees.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION

PER CURIAM

The order of the Superior Court is affirmed.